472    APPELLATE COURTS OF ILLINOIS.

Gullick v. Peter Schoenhofen Brewing Co., 201 Ill. App. 472.

E. M. Gullick, Defendant in Error, v. Peter Schoen-
hofen Brewing Company, Plaintiff in Error.

Gen. No. 21,506.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. CHARLES A.
WILLIAMS, Judge, presiding. Heard in the Branch Appellate Court
at the October term, 1915. Reversed with finding of facts. Opinion
filed October 10, 1916.

## Statement of the Case.

Action by E. M. Gullick, plaintiff, against the Peter
Schoenhofen Brewing Company, a corporation, de-
fendant, for rent under an alleged lease of the plain-
tiff's premises. To review a judgment for plaintiff,
defendant prosecutes a writ of error.

JAMES J. KELLY, for plaintiff in error; JOHN T. FITZ-
GERALD and JOHN A. BURKE, of counsel.

EVERETT & McGONIGLE, for defendant in error; JOHN
C. EVERETT, of counsel.

MR. JUSTICE McDONALD delivered the opinion of the
court.

## Abstract of the Decision.

LANDLORD AND TENANT, § '88*—when tenancy from year to year
created. Where a lessee, before the expiration of his term as
subtenant under a lease, signed a renewal lease for three years
and gave it to the lessor's agent, who forwarded it to the lessor,
who did not notify the agent or the lessee that he had accepted it
until a year and a half later and after the lessee, having occupied
the premises for a year, had notified the agent of his termination
of the lease and had surrendered the premises, held that the
lessee was not bound for rent after that time as the instrument
was merely a proposed lease and had not been accepted in time by
the lessor, the lessee's continuing in possession creating merely a
tenancy from year to year.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.